# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPERT FLOWERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEARD, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00919-LJO-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Document 6) |

　　　Plaintiff Rupert Flowers ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 16, 2015.

　　　On June 25, 2015, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

///

///

///

///

1

1  Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to
2  Plaintiff's notice of voluntary dismissal filed on June 25, 2015.
3  IT IS SO ORDERED.

4  Dated:   **June 29, 2015**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE